===============================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
---------------------------------------------------------------

No. 106  SSM 14
In the Matter of New York City
Asbestos Litigation.
--------------------------------
Dorcas Hackshaw, &c.,
            Appellant,
        v.
ABB, Inc., &c., et al.,
            Defendants,
Crane Co.,
            Respondent.


        Submitted by Alani Golanski, for appellant.
        Submitted by Eric R. I. Cottle, for respondent.




*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *


On review of submissions pursuant to section 500.11 of the Rules,
order affirmed, with costs, and judgment absolute dismissing the
complaint granted upon plaintiff's stipulation.  Plaintiff has
failed to demonstrate that the Appellate Division's reversal
involved an error of law and, therefore, this Court is bound to
affirm and render judgment absolute (see CPLR 5615).  Chief Judge
DiFiore and Judges Rivera, Stein, Fahey, Garcia and Wilson
concur.  Judge Feinman took no part.


Decided June 22, 2017